UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

# CIVIL RIGHTS COMPLAINT FORM
## TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

FILED
2020 AUG 28 PM 2:56
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

RASHEED AKEEM BURLEY,
Inmate # 2020008928.
(Enter full name of Plaintiff)

vs.

CASE NO: 3:20 CV 930-J-32JRK
(To be assigned by Clerk)

NEPTUNE BEACH POLICE DEPARTMENT
SGT. L.A. TOAL #1322,
TYLER WAYNE DEEL #1308,
W.E. TORRES #1339,
P.W. CARLSON #UNKNOWN.

(Enter name and title of each Defendant. If additional space is required, use the blank area below and directly to the right.)

CITY OF NEPTUNE BEACH "RESPONDENT SUPERIOR",
RICHARD PIKE,

ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

## I. PLAINTIFF:

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: RASHEED AKEEM BURLEY
Inmate Number 2020009928
Prison or Jail:
Mailing address: JOHN E. GOODE PDF
500 E. ADAMS ST
JAX., FLA. 32202

## II. DEFENDANT(S):

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for every Defendant:

(1) Defendant's name: L.A. TOAL #1322
Official position: SERGEANT
Employed at: NEPTUNE BCH. POLICE DEPT.
Mailing address: 200 LEMON STREET
NEPTUNE BCH, FL. 32266

(2) Defendant's name: TYLER WAYNE DEEL #1308
Official position: PATROLMAN/OFFICER
Employed at: NEPTUNE BCH. POLICE DEPT.
Mailing address: 200 LEMON STREET
NEPTUNE BCH., FL 32266

(3) Defendant's name: W.E. TORRES #1339
Official position: PATROLMAN/OFFICER
Employed at: NEPTUNE BCH. POLICE DEPT.
Mailing address: 200 LEMON STREET
NEPTUNE BCH., FL. 32266

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

DEFENDANTS CONTINUED

(4) NEPTUNE BEACH POLICE DEPARTMENT
POLICE DEPARTMENT/GOVERNMENTAL AGENCY
200 LEMON STREET
NEPTUNE BEACH, FL. 32266

(5) RICHARD PIKE
RESPONDENT SUPERIOR
(200 LEMON STREET) EMPLOYED AT: NEPTUNE BCH. P.D.
NEPTUNE BEACH, FL. 32266

(6) P.W. CARLSON #UNKNOWN
PATROLMAN
(200 LEMON STREET) EMPLOYED AT: NEPTUNE BCH. P.D.
NEPTUNE BEACH, FL. 32266

(7) CITY OF NEPTUNE BEACH
CONSOLIDATED CITY OF JACKSONVILLE
DUVAL COUNTY
300 N. HOGAN STREET
JACKSONVILLE, FL. 32202

## III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

## IV. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A. Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?

Yes( ) No(✓)

1. Parties to previous action:
   (a) Plaintiff(s): ____________________
   (b) Defendant(s): ____________________
2. Name of judge: ____________ Case #: ____________
3. County and judicial circuit: ____________________
4. Approximate filing date: ____________________
5. If not still pending, date of dismissal: ____________
6. Reason for dismissal: ____________________
7. Facts and claims of case: ____________________

**(Attach additional pages as necessary to list state court cases.)**

B. Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes( ) No(✓)

1. Parties to previous action:
   a. Plaintiff(s): ____________________
   b. Defendant(s): ____________________
2. District and judicial division: ____________________
3. Name of judge: ____________ Case #: ____________
4. Approximate filing date: ____________________
5. If not still pending, date of dismissal: ____________
6. Reason for dismissal: ____________________

x4

7. Facts and claims of case: ______________________________

______________________________

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( ) No(✓)

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): ______________________________
   b. Defendant(s): ______________________________
2. District and judicial division: ______________________________
3. Name of judge: ______________ Case #: ______________
4. Approximate filing date: ______________________________
5. If not still pending, date of dismissal: ______________________________
6. Reason for dismissal: ______________________________
7. Facts and claims of case: ______________________________

______________________________

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( ) No( ✓)

1. Parties to previous action:
   a. Plaintiff(s): ______________________________
   b. Defendant(s): ______________________________
2. District and judicial division: ______________________________
3. Name of judge: ______________ Case Docket # ______________
4. Approximate filing date: ______________ Dismissal date: ______________
5. Reason for dismissal: ______________________________

6. Facts and claims of case: ______________________________

(Attach additional pages as necessary to list cases.)

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

(1) ON APRIL 19, 2020 I WAS AT 1401 ATLANTIC BLVD. RED ROOF INN PLUS IN AN ATTEMPT TO RECIEVE HELP. UPON CONTACT WITH TYLER W. DEEL #1308 HE INSTRUCTED ME THAT HE COULDN'T HELP ME LEAVE. I WAS SEARCHED, TRESPASSED AND LET TO WELLS FARGO ACROSS THE STREET. I SEEN MY OTHER BANK CARDS WERE DENIED SO I CALLED OVER ACROSS THE STREET FOR ASSISTANCE. I WAS TOLD TO "KICK ROCKS" BY TW DEEL #1308 THEN ASKED TO "COME HERE" VERBALLY AND NON-VERBALLY WITH A WAVE OF HIS HAND. THIS WAS AN LAWFUL COMMAND BUT WAS AN COERSIVE TACTIC TO PROCURE AN ARREST BY INDUCEMENT AND ENTRAPMENT UNDER THE COLOR OF THE STATE LAW.

(2) DURING ARREST OFFICER T.W. DEEL #1308 CLAIM TO HAVE FOUND DRUGS AFTER 2ND SEARCH WAS COMPLETE AND I WAS IN THE BACK SEAT IN CUFFS.

(3) I DECLARED A MEDICAL EMERGENCY AND WAS TOLD TO IDENTIFY THE DRUG IF I WAS TO GET HELP (I HAD CHEST PAINS DUE TO ASTHMA). DENIAL OF MEDICAL TREATMENT AND THREATS OF HARM.

(4) I WAS THEN TOLD TO STEP OUT THE CAR BY P.W. CARLSON AND T.W. DEEL #1308. I STARTED TO COMPLY AND GET OUT OF THE BACK PASSENGER SIDE DOOR UNTIL OFFICER P.W. CARLSON POINTED HIS TASER DIRECTLY INTO MY FACE. I GOT BACK IN AND SCREAMED FOR HELP OVER AND OVER

OFFICER T.W. DEEL #1308 PUT HIS TASER BY HIS SIDE AND TOLD ME TO GET OUT. ONCE OUT I DROPPED TO THE GROUND IN A SHOW OF SUBMISSION AND WAS PHYSICALLY ASSULTED. I WAS CHOKED OUT WITH A BAG OVER MY HEAD BY T.W. DEEL #1308, KICKED IN THE FACE AND HEAD BY SGT. LA TOAC #1322, I WAS PUNCHED WITH CLOSE FIST BY P.W. CARLSON #UNKNOWN (NBPD), T.W. DEEL #1308 AND W.E. TORRES #1339. OFFICER TORRES #1339 ALSO TASED ME IN MY BACK TWICE WHILE I WAS UNDER COMPILANCE

(5) MY PANTS WERE CUT OFF OF ME WHICH WAS DEGRADING AND UNREASONABLE SEARCH.

(6) I WAS KICK UNCONSCIENCE BY NEPTUNE BCH. P.D. AND SERIOUSLY BEAT WHICH CAUSED UNWANTONED INFLICTION OF PAIN. CRUEL AND UNUSUAL PUNISHMENT BY N.B.P.D.

(7) I NOW HAVE ANXIETY, DEPRESSION, AND A MORBID FEAR OF ALL LAW ENFORCEMENT. I SUFFERED SERIOUS MENTAL ANGUISH.

(8) I WAS THEN TOOKEN TO U.F. HEALTH SHANDS FOR ALLEGED PSYCHIATRIC EPISODE/ PSYCHIATRIC PROBLEM BUT IN THE REPORT IT WAS UNDER THE GUISE OF COVID-19. FALSE STATEMENTS AND OMISSIONS IN REPORT. RICHARD PIKE FAULT FOR MISCONDUCT ET

(9) I WAS CHARGED WITH TRESPASSING AND AGG. ASSULT ON THE STAFF OF THE HOTEL BUT IF I TRESSPASSED 1ST HOW DO NBPD CHARGE ME WITH AGG. ASSULT IF I NEVER WENT BACK IN? SO THEY WERE JUST PILED ON TO ILLEGALLY STACK CHARGES UPON ME. I WOULD LIKE CAMERAS AT THE RED ROOF INN WELLS FARGO, ANY CAMERA ANGLE THAT SEES SIDEWALK @ 7-11 30 PM

(10) PLEASE SEE ATTACHED COMPLAINT TO ASCERTAINE THE TOTALITY OF THE SITUATION BECAUSE NO BODY CAM DASH CAM OR VIDEO HAS BEEN PRODUCED IN CRIMINAL CASE ON DEMAN



# Jacksonville Sheriff's Office Employee Complaint Form

501 E. Bay Street, Jacksonville, Florida 32202-2975 | www.jaxsheriff.org
Internal Affairs Unit – (904) 630-2187

| Nature of Incident/Event | I.A. # (*Administrative Use Only*) |
|---|---|
| POLICE BRUTALITY, GOVERNMENTAL MISCONDUCT | |

**Sheriff's Office Employee Information** / **Citizen Information**

| Employee's Name and ID# (if known) | Citizen's Name (First MI Last) |
|---|---|
| TYLER WAYNE DEEL #1308 | RASHEED A. BURLEY |

| Race | Sex | Height | Weight | Approximate Age | Home Address | Apt# |
|---|---|---|---|---|---|---|
| WHITE | MALE | 6'2 | 195 | UNKNOWN | 500 E. ADAMS ST | |

| Other Identifying Characteristics | City | State | Zip Code |
|---|---|---|---|
| | JACKSONVILLE | FLA | 32202 |

| Vehicle or Tag # | Vehicle Model | In Uniform | Race | Sex | D.O.B. |
|---|---|---|---|---|---|
| CRUISER | (BLACK) CHARGER OR IMPALA | YES | BLACK | MALE | __ __, 1989 |

| Employee Vehicle Description (Marked/Unmarked, Color) | Home # | Business # | Cell # |
|---|---|---|---|
| MARKED BLACK CAR | | | |

| Location of Incident/Event | Name of Witness (First MI Last) |
|---|---|
| (RED ROOF INN) 32266 1401 ATLANTIC BLVD., NEPTUNE BCH, FL. | CAMERAS ACROSS STREET ON POLES, |

| Day and Date of Incident/Event | Time | Witness Address | City, State | Zip Code |
|---|---|---|---|---|
| SUNDAY APRIL 19, 2020 | BETWEEN 7:30-11:50P | WELLS FARGO CAMERAS | | |

| Today's Date and Time | Witness Phone Number(s) |
|---|---|
| AUGUST 26, 2020 | N/A |

**Explanation of Event:** (Also list on the back any additional information, employees, witnesses, etc)

ON APRIL 19, 2020 I, RASHEED A. BURLEY, WENT TO THE RED ROOF INN PLUS IN A EFFORT TO USE THEIR PHONE TO CALL THE POLICE TO SEEK HELP AND REPORT A CRIME OF FRAUD (BANK ACCOUNTS WERE HACKED) AND/OR A POSSIABLE FUTURE ATTEMPT ON MY LIFE. THE STAFF AT THE DESK CLAIMED DUE TO COVID-19 SHE WAS NOT ALLOWED TO LET ME USE THEIR BUSINESS PHONE. I THEN ASKED THEM TO PLEASE CALL THE POLICE FOR ME BECAUSE I WAS IN FEAR OF MY

F.S.S. 837.06: Whoever knowingly makes a false statement in writing with the intent to mislead a public servant in the performance of his or her official duty shall be guilty of a misdemeanor of the second degree.

Signature of Citizen: [signature]
ALL RIGHTS RESERVED, WITHOUT PREJUDICE, U.C.C.1-104/U.C.C.1-308
All information is true and correct to the best of my knowledge.

| Employee Accepting Form | Assignment | Date and Time |
|---|---|---|
| | | |




I.A. # ____________

**Jacksonville Sheriff's Office Employee Complaint Form**
**Narrative Continuation Sheet**

**Continue explanation of incident/event, listing additional witnesses and employees. List names, addresses and phone numbers of all additional parties.**

LIFE. SECURITY COMES AND CALLS NEPTUNE BCH P.D. UPON ARRIVAL THE LEAD OFFICER TYLER WAYNE DEEL #1308 STATED TO ME, "HEY YOUR THE COVID-19 GUY!" LET CAMERA REFLECT AS WITNESS (BODY WORN CAMERA, LOBBY CAMERAS) (I HAD A INCIDENT WITH HIM THE NIGHT BEFORE.) I ATTEMPTED TO EXPLAIN MY SITUATION AND HE STATED HE DIDN'T WANT TO HEAR IT HIS SGT. (L.A. TOAL #1322 NBPD) WANTED ME GONE. I COMPLIED AND LEFT. ONCE ACROSS THE STREET AT THE WELLS FARGO (ACROSS THE STREET) I ATTEMPTED TO WITHDRAIN FUNDS FROM THE DRIVE THRU ATM LOCATED AT THE FAR END AWAY FROM THE BUILDING (CALL ALL SURROUNDING CAMERAS AS A WITNESS) I CAME BACK ACROSS THE STREET SO [illegible] I COULD AT LEAST MAKE A POLICE REPORT ABOUT MY BANK CARDS. OFFICER T.W. DEEL #1308 SAID "KICK ROCKS!" THEN FOLLOWED BY, "MATTER OF FACT RASHEED COME HERE, HEY BURLEY COME ON OVER HERE." AND WAVED ME OVER TO HIM "NON-VERBALLY". I FOLLOWED THE LAWFUL COMMAND BUT BEING I WAS TRESPASSED MOMENTS AGO I CROSSED THE STREET ONTO THE SIDEWALK WHERE HE, OFFICER T.W. DEEL #1308, STEPPED ONTO THE SIDEWALK AND ARRESTED ME. WHEN I ASKED WHAT AM I BEING ARRESTED FOR HE STATED TRESSPASSING. I SAID "THAT'S ENTRAPMENT, YOU CAUSE A CITIZEN TO COMMIT A CRIME THEN ARREST HIM FOR THE CRIME YOU MANUFACTURED!" HE SIMPLY SAID, "I'M THE POLICE I CAN DO WHAT I WANT, REMEMBER THAT." THEN I TOLD HIM "SIR YOUR WRONG, THIS IS NOT RIGHT, AND THE DASH CAM AND BODY CAM SEEN THE WHOLE THING! PLEASE DON'T DO THIS!" HE SAID "IT'LL NEVER MAKE IT TO COURT." I THEN WAS PLACED INTO THE BACK OF THE POLICE CAR. I THEN STARTED TO

EXPERIENCE CHEST PAINS BECAUSE OF ASTHMA AND ASKED FOR RESCUE. HE STATED, "TELL ME WHAT DRUGS THESE ARE AND I'LL CALL FOR YOU." I'M LIKE, "WHAT ARE YOU TALKING ABOUT?? WHAT DRUGS?" HE THEN DUG SOMEWHERE IN OR AROUND HIS PASSENGER SEAT AND PULLED OUT A BAG OF WHITE POWDER. I HAD NO CLUE AS TO WHAT HE HAS SO I REPEATED MY REQUEST FOR HELP. HE THEN GOT OUT OF THE CAR AND TURNED THE HEATER ON. I STARTED YELLING FOR HELP. OFFICER P.W. CARLSON #UNKNOWN OF N.BPD OPENED THE PASSENGER REAR DOOR. T.W. DEEL #1308 OPENED THE DRIVERSIDE REAR DOOR BOTH WITH STATE ISSUED TASERS DRAWN. P.W. CARLSON TELL ME TO STEP OUT OF THE CAR. I STARTED TO SLIDE TO THAT SIDE TO GET OUT AND OFFICER P.W. CARLSON POINTED HIS TASER IN THE DIRECTION OF MY FACE! I BACK INTO THE CAR AGAIN BUT IN THE DIRECT MIDDLE BECAUSE I SEEN WHAT THEY WERE PLANNING TO DO... TASER ME ONCE I STEPPED OUT. I THEN STARTED TO SCREAM AS LOUD AS I COULD FOR HELP, HOPEING SOMEONE WILL START TO FILM THE INCIDENT. AFTER 2 OR 3 MINUTES OF YELLING OFFICER T.W. DEEL #1308 SAID, "BURLEY JUST GET THE HELL OUT." HE WAS CALM AND PUT HIS TASER DOWN. SO WHEN I STEPPED I KNEW THEY WERE PLANNING TO BEAT ME OR SHOOT ME SO I DROPPED FLAT ON MY STOMACH AND LAYED FACE DOWN IN SUBMISSION AND SURRENDER. A MOMENT LATER I FEEL FIST PUNCHING ME IN MY HEAD AND TORSO AREA. I TURNED MY HEAD AND SGT. L.A. TOAL #1522 KICKED ME IN MY FACE. I TURNED THE OTHER WAY TO WARD OFF THE BLOWS AND WAS ATTACKED BY P.W. CARLSON WITH CLOSED FIST TO THE BODY AND FACE

OFFICER T.W. DEEL #1308 PUT A BAG OVER MY HEAD AND STARTED CHOKING ME. I TOLD HIM THE BEST WAY I COULD THAT I COULDN'T BREATH. HE THEN WISPERED IN MY EAR AS HE TIGHTENED HIS GRIP, "OH YOU CAN'T BREATH HUH?" I THEN JUST HELD MY BREATH IN AN ATTEMPT TO PRESERVE MY OXYGEN AND LET HIM HAVE HIS WAS TO AVOID STRUGGLE. I HEARD THEM MENTION ABOUT PRESSURE POINTS AND BEGAN TO DIG INTO MY BICEPT BUT I JUST STAYED STILL. I WAS IN HAND CUFFS ~~THE~~ WHOLE TIME. ONE OFFICER CUT MY PANTS OFF OF MY BODY IN AN ATTEMPT TO HUMILIATE ME AND I GOT KICKED AGAIN IN MY HEAD AND WENT OUT. OFFICERS OF NEPTUNE BEACH POLICE DEPARTMENT FABRICATED A WRITTEN REPORT AND SWORN AFFIDAVIT STATING, I SAID I HAD COVID-19 AND I WAS GOING TO BITE EMPLOYEES, I THREATENED THEM SAYING "I GOT COVID-19 NOW WE ALL GOT IT (WHICH IS NOT A THREAT), I HAD DRUGS ON ME WHICH I DID NOT (AND THEY SEARCHED ME UPON ARRIVAL FOUND NO DRUGS THEN ALL OF A SUDDEN I HAVE DRUGS ON ME), I TRESPASSED, AND I RESISTED ARREST. THEY CHANGED THE TIME ON THE ARRESTING REPORT TO 9:44P.M. BUT THE WITNESS SIGNED THEIR STATEMENT AT "9:36P.M." YOU LET ME GO AFTER "ALLEGELY THREATENING" 2 PEOPLE THEN CALL ME BACK OVER THERE TO NOT ONLY ARREST ME FOR TRESSPASSING THEY CREATED BUT STACK ON 5 MORE CHARGES... WHY NOT ARREST ME WHEN YOU HAD KNOWLEDGE I ALLEGEDLY COMMITTED A FELONIOUS ACT? "ADMINISTRATIVE AGENCIES ARE REQUIRED TO FOLLOW THEIR OWN REGULATIONS" 7BAR MK RANCHES V. YEUTHER, 994 F2d 735 (10TH CIR 1993) *ALL RIGHTS RESERVED* NEPTUNE BEACH POLICE DEPARTMENT AND

ABOVE MENTIONED OFFICERS VIOLATED SEVERAL OFFICER CODE OF CONDUCT, FLA. ADMIN. CODES, N.B.P.D. REGULATIONS AND AGENCY RULE INCLUDING BUT NOT LIMITED TO THE WRITING OF A REPORT CANNOT BE APPROVED BY AN OFFICER THAT WAS INVOLVED OR WITNESSED AN INCIDENT UNLESS IN A L.T. CAPACITY (FROM MY KNOWLEDGE OF F.A.C. CH.33) WITHOUT PREJUDICE. "REGULATION IS VOID FOR VAGUENESS IF IT IS SO INDEFINITE THAT ORDINARY PEOPLE CANNOT UNDERSTAND THAT WHICH IT PROHIBITS." 7 PRO-CHOICE NETWORK V. SCHENCK, 67 F3d 359 (2ND CIR 1994). "AFTER AGENCY ISSUES REGULATIONS IT MUST ABIDE BY THEM." 7 SCHERING CORP V. SHALALA, 995 F2d 1103 (D.C. CIR 1993); "WHEN A GOVERNMENT AGENT ACTS IN AN UNCONSTITUTIONAL MANNER HE BECOMES LIABLE FOR MONEY DAMAGES. 7 BIVENS V. SIX UNKNOWN AGENTS, 403 U.S. 388, 29 L Ed 2d 619, 91 S.CT. 1999 (1970); "RIGHT NOT TO BE ARRESTED WITHOUT PROBABLE CAUSE... IS... EST. CONSTITUTIONAL RIGHT FOR PURPOSE OF § 1983 CIVIL RIGHTS ACTION..." 2 "FALSE ARREST, ILLEGAL DETENTION (FALSE IMPRISONMENT) AND MALICIOUS PROSECUTION ARE RECOGNIZED UNDER § 1983." 7 SANDERS V. ENGLISH, 950 F2d 1152 (5TH CIR 1992); 7 ALSO GOLINO V CITY OF NEW HAVEN, 950 F2d 864 (2ND CIR 1991); "RIGHT TO BE FREE FROM EXCESSIVE FORCE.." 7 WALTON V. CITY OF SOUTHFIELD, 995 F2d 1331 (6TH CIR 1993) CONSTITUTIONAL RIGHTS OF CRUEL AND UNUSUAL CONDUCT IS PROHIBITED ESP. IF "DRIVEN BY EVIL MOTIVE OR INTENT, OR WHEN... RECKLESS OR CALLOUS INDIFFERENCE TO CONST. RIGHTS." 7 MORGAN V. WOESSNER, 997 F2d 1244 (9TH CIR. 1993); OFFICERS ACTIONS WERE UNDER THE COLOR OF THE STATE "AND" THE COLOR OF THE LAW." 7 MERTIK V. BLALOCK, 983 F2d 1353 (6TH CIR 1993). I'VE HAD MENTAL HEALTH ISSUES DUE TO THIS, I'VE ENDURED UNWANTED PAIN AND SUFFERING TO THE POINT I WAS GIVEN PAIN MEDS AND CREAM FOR WOUNDS. I'VE LOST MY CAR, CLOTHES AND HAD DEFAMATION OF CHARACTER DUE TO NEWS PAPER, NEWS, AND MEDIA OUTLETS DEPICTING ME AS HARMFUL. I'VE LOST BUSINESS PARTNERS. I SEEK A REMEDY OF $250 FROM EACH OFFICAL IN OFFICAL AND OR INDIVIDUAL CAPACITY, $3M FROM NEPTUNE BCH, $3M FROM NEPTUNE BCH P.D. FOR PUNITIVE DAMAGES AND SAME AMOUNTS FOR MENTAL DEPRIVATION DAMAGES, AND ANY OTHER AWARDS DEEM FIT. ALL RIGHTS RESERVED WITHOUT PREJUDICE

X 12

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

① CRUEL AND UNUSUAL PUNISHMENT VIOLATION OF 8TH AMEND. FROM BEATING, FALSE ARREST/IMPRISONMENT ② ILLEGAL SEARCH AND SEIZURE VIOLATION OF 4TH AMEND BY CUTTING OFF, FALSE REPORT ILLEGALLY OBTAINED EVIDENCE, ILLEGAL SEIZURE BY FALSE ARREST, ③ DEPRIVATION OF LIBERTY, UNEQUAL PROTECTION OF THE LAW BY NOT APPLYING DEPARTMENTAL RULES, ENTRAPMENT (F.S.A. §777.201) BY FALSE ARREST BY INDUCEMENT

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

PUNITIVE DAMAGES OF $250K FROM EACH OFFICER IN OFFICIAL AND/OR INDIVIDUAL CAPACITY, $3MILLION FROM NEPTUNE BCH. P.D. $3M FROM THE CITY OF NEPTUNE BCH, FL. MENTAL DAMAGES ALSO FROM EACH PARTY FOR THE SAME AMOUNT. ALL OFFICER TO RESIGN AND TAKE ANGER MANAGEMENT CLASSES, AND CRIMINAL CHARGES AGAINST THE. ALL RIGHTS RESERVED WITHOUT PREJUDICE AND WHATEVER ELSE COURT SEES FIT.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

____________________
(Date)

____________________
(Signature of Plaintiff)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☐ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on:
the ______ day of ________________, 20____.

____________________
(Signature of Plaintiff)